NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**SAMUEL J. MAY, dba Soft Planet Synergy, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

2023-2343

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01496-CNL, Judge Carolyn N. Lerner.

## **O R D E R**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                              MAY V. US

accordance with the rules.

                                    FOR THE COURT

September 19, 2023
        Date                        /s/ Jarrett B. Perlow
                                    Jarrett B. Perlow
                                    Clerk of Court


**ISSUED AS A MANDATE:** September 19, 2023